# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161928

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* CONSERVATORSHIP OF SHIRLEY
BITTNER.

_____

STACEY BITTNER, Personal Representative
of the ESTATE OF SHIRLEY BITTNER, and
SUZANNE BITTNER KORBUS,
          Other Parties,
and

STACEY BITTNER, Individually,
          Appellant,

v

KEVIN ADAMS, ESQ., and THE LAW OFFICES
OF KEVIN ADAMS, PLLC,
          Appellees.

_____/

SC: 161928
COA: 347750
Macomb PC: 2016-221230-CA

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2020



Clerk